# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: 1:23–cv–03813–VMC

Haynes v. RealPage, Inc.  
Assigned to: Judge Victoria M. Calvert  
Cause: 15:15 Antitrust Litigation

Date Filed: 08/25/2023  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti–Trust  
Jurisdiction: Federal Question

**Plaintiff**

**Maya Haynes**  
*Individually and On Behalf of All Others Similarly Situated*

represented by **Alexander Sweatman**  
Cafferty Clobes Meriwether & Sprengel LLP–IL  
135 S. LaSalle  
Suite 3210  
Chicago, IL 60603  
312–782–4880  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Amanda Boltax**  
Hausfeld LLP  
888 16th Street  
Ste 300  
Washington, DC 20006  
202–540–7200  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Amanda F. Lawrence**  
Scott & Scott, Attorney at Law, LLP –CT  
P.O. Box 192  
156 South Main Street  
Colchester, CT 06745  
860–537–5537  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Anthony A. Orlandi**  
Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC – TN  
223 Rosa L Parks Ave.  
Suite 300  
Nashville, TN 37203  
619–798–5325  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Benjamin A. Gastel**  
Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC  
223 Rosa L Parks Ave.

Ste 300
Nashville, TN 37203
615−800−6225
Email: ben@hsglawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin J. Widlanski**
Kozyak Tropin & Throckmorton LLP
9th Floor, Suite 900
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
305−372−1800
Fax: 305−372−3508
Email: bwidlanski@kttlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Breanna Van Engelen**
Hagens Berman Sobol Shapiro, LLP –WA
Suite 2000
1301 2nd Avenue
Seattle, WA 98101
206−623−7292
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brendan P. Glackin**
Lieff Cabraser Heimann & Bernstein− SF CA
275 Battery Street
29th Floor
San Francisco, CA 94612
510−874−1000
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
Joseph Saveri Law Firm, LLP
601 California Street
Suite 1000
San Francisco, CA 94108
415−217−6810
Fax: 415−217−6813
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carmen A. Medici**
Scott & Scott, Attorneys at Law, LLP
Suite 3300
600 West Broadway
San Diego, CA 92101
619−798−5325
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Christian P. Levis**
Lowey Dannenberg, P.C. – NY
Suite 1100
44 South Broadway
White Plains, NY 10601
914−997−0500
Fax: 914−997−0035
Email: clevis@lowey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher M. Burke**
Korein Tillery, PC
707 Broadway
Suite 1410
San Diego, CA 92101
619−625−5621
Email: Cburke@KoreinTillery.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel E. Gustafson**
Gustafson Gluek PLLC –MN
Suite 2600
120 South Sixth Street
Minneapolis, MN 55402
612−333−8844
Fax: 612−339−6622.
Email: dgustafson@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel C. Hedlund**
Gustafson Gluek PLLC –MN
Suite 2600
120 South Sixth Street
Minneapolis, MN 55402
612−333−8844
Fax: 612−339−6622
Email: dhedlund@gustafsongluek.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel O. Herrera**
Cafferty Clobes Meriwether & Sprengel LLP−IL
135 S. LaSalle
Suite 3210
Chicago, IL 60603
215−864−2800
Fax: 215−864−2810
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Nordin**
Gustafson Gluek PLLC –MN
Suite 2600
120 South Sixth Street
Minneapolis, MN 55402
612−333−8844
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel J. Walker**
Berger Montague PC – DC
2001 Pennsylvanie Avenue, NW
Suite 300
Washington, DC 20006
202−559−9745
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dean M. Harvey**
Lieff Cabraser Heimann & Bernstein– SF CA
275 Battery Street
29th Floor
San Francisco, CA 94612
415−956−1000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis James Stewart**
Gustafson Gluek PLLC CA
600 W. Broadway
Suite 3300
San Diego, CA 92101
619−595−3299
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric L. Cramer**
Berger & Montague, P.C. –P.A.
Suite 3600
1818 Market Street
Philadelphia, PA 19103
215−875−3000
Fax: 215−875−4604
Email: ecramer@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fatima Brizuela**
Scott & Scott, Attorneys at Law, LLP
Suite 3300
600 West Broadway
San Diego, CA 92101
619−798−5325
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**G. Dustin Foster**
Scott & Scott, Attorneys at Law, LLP
P.O. Box 192
156 South Main Street
Colchester, CT 06415
860−537−5537
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary I. Smith , Jr.**
Hausfeld LLP − SF CA
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
415−633−1908
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Geoffrey H. Kozen**
Robins Kaplan, LLP MN
Suite 2800
800 LaSalle Plaza
Minneapolis, MN 55402−2015
612−349−8500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hannah Lazarz**
Lieff Cabraser Heimann & Bernstein LLP −
Nashville
222 2nd Avenue South
Suite 1640
Nashville, TN 37201
765−418−7273
Email: hlazarz@lchb.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Isabella De Lisi**
Scott & Scott, Attorney at Law, LLP −CT
P.O. Box 192
156 South Main Street
Colchester, CT 06745
860−537−5537
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J. Austin Hurt**
Robins Kaplan, LLP MN
Suite 2800
800 LaSalle Plaza
Minneapolis, MN 55402−2015

612−349−8500
Fax: 612−339−4181
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Javier A. Lopez**
Kozyak Tropin & Throckmorton LLP
9th Floor, Suite 900
2525 Ponce de Leon Boulevard
Coral Gables, FL 33134
305−372−1800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer W. Sprengel**
Cafferty Clobes Meriwether & Sprengel LLP−IL
135 S. LaSalle
Suite 3210
Chicago, IL 60603
312−782−4880
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
Joseph Saveri Law Firm, LLP
601 California Street
Suite 1000
San Francisco, CA 94108
415−500−6800
Fax: 415−395−9940
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Katie R. Beran**
Hausfeld LLP − PA
325 Chestnut Street
Suite 900
Philadelphia, PA 19106
215−985−3270
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Byrd**
Lieff Cabraser Heimann & Bernstein LLP −
Nashville
222 2nd Avenue South
Suite 1640
Nashville, TN 37201
615−313−9000
Fax: 615−313−9965
Email: kbyrd@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin E. Rayhill**
Joseph Saveri Law Firm, LLP
601 California Street
Suite 1000
San Francisco, CA 94108
415−500−6800
Fax: 415−395−9940
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark P. Chalos**
Lieff Cabraser Heimann & Bernstein LLP −
Nashville
222 2nd Avenue South
Suite 1640
Nashville, TN 37201
615−313−9000
Fax: 615−313−9965
Email: mchalos@lchb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Srodoski**
Scott & Scott, Attorney at Law, LLP −CT
P.O. Box 192
156 South Main Street
Colchester, CT 06745
860−537−5537
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michaela L. Wallin**
Berger & Montague, P.C. −P.A.
Suite 3600
1818 Market Street
Philadelphia, PA 19103
215−875−3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J. Coughlin**
Robbins Geller Rudman & Dowd, LLP − SD
655 W. Broadway
Suite 1900
San Diego, CA 92101
619−231−1058
Fax: 619−231−7423
Email: patc@rgrdlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick McGahan**
Scott & Scott, Attorney at Law, LLP −CT
P.O. Box 192

156 South Main Street
Colchester, CT 06745
860−537−5537
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Demato**
Lowey Dannenberg, P.C. – NY
Suite 1100
44 South Broadway
White Plains, NY 10601
914−997−0500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Radhika Gupta**
Lowey Dannenberg, P.C. – NY
Suite 1100
44 South Broadway
White Plains, NY 10601
914−997−0500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shashi K. Gowda**
Gustafson Gluek PLLC –MN
Suite 2600
120 South Sixth Street
Minneapolis, MN 55402
612−333−8844
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacey P. Slaughter**
Robins Kaplan, LLP MN
Suite 2800
800 LaSalle Plaza
Minneapolis, MN 55402−2015
612−349−8500
Email: sslaughter@robinskaplan.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie A. Chen**
Robins Kaplan, LLP MN
Suite 2800
800 LaSalle Plaza
Minneapolis, MN 55402−2015
612−349−8500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven M. Berman**
Berman PLC

401 South Florida Avenue
Suite 300
Tampa, FL 33602
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
Joseph Saveri Law Firm, LLP
601 California Street
Suite 1000
San Francisco, CA 94108
415−500−6800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Swathi Bojedla**
Hausfeld LLP
888 16th Street
Ste 300
Washington, DC 20006
202−540−7200
Fax: 202−540−7201
Email: sbojedla@hausfeldllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas J. Undlin**
Robins Kaplan, LLP MN
Suite 2800
800 LaSalle Plaza
Minneapolis, MN 55402−2015
612−349−8500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tricia Herzfeld**
Herzfeld, Suetholz, Gastel, Leniski and Wall, PLLC − TN
223 Rosa L Parks Ave.
Suite 300
Nashville, TN 37203
615−800−6225
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
Lowey Dannenberg, P.C. − NY
Suite 1100
44 South Broadway
White Plains, NY 10601
914−997−0500
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| | **Walter W. Noss** |
| --- | --- |
| | Korein Tillery P.C. –CA |
| | 707 Broadway |
| | Suite 1410 |
| | San Diego, CA 92101 |
| | 619−625−5621 |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |
| | |
| | **Yifan Kate Lv** |
| | Korein Tillery P.C. –CA |
| | 707 Broadway |
| | Suite 1410 |
| | San Diego, CA 92101 |
| | 619−625−5621 |
| | *LEAD ATTORNEY* |
| | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**RealPage, Inc.**

**Defendant**

**Thoma Bravo Fund XIII, L.P.**

**Defendant**

**Thoma Bravo Fund XIV, L.P.**

**Defendant**

**Thoma Bravo L.P.**

**Defendant**

**Apartment Income REIT Corp.**
*doing business as*
AIR Communities

**Defendant**

**Apartment Management Consultants, LLC**

**Defendant**

**Avenue5 Residential, LLC**

**Defendant**

**Bell Partners, Inc.**

**Defendant**

**BH Management Services, LLC**

**Defendant**

**Bozzuto Management Company**

**Defendant**

**Camden Property Trust**

**Defendant**

**CH Real Estate Services, LLC**

**Defendant**

**CONAM Management Corporation**

**Defendant**

**Cortland Management, LLC**

**Defendant**

**CWS Apartment Homes LLC**

**Defendant**

**Dayrise Residential, LLC**

**Defendant**

**ECI Group, Inc.**

**Defendant**

**Equity Residential**

**Defendant**

**First Communities Management, Inc.**

**Defendant**

**Greystar Management Services, LLC**

**Defendant**

**Highmark Residential, LLC**

**Defendant**

**Independennce Realty Trust, Inc.**

**Defendant**

**Lincoln Property Company**

**Defendant**

**Mid−America Apartments, L.P.**

**Defendant**

**Mission Rock Residential, LLC**

**Defendant**

**Morgan Properties Management Company, LLC**

**Defendant**

**Pinnacle Property Management Services, LLC**

**Defendant**

**The Related Companies L.P.**

**Defendant**

**Related Management Company L.P.**

**Defendant**

**RPM Living, LLC**

**Defendant**

**Simpson Property Grouop, LLC**

**Defendant**

**Crow Holdings, LP**

**Defendant**

**Trammell Crow Residential Company**

**Defendant**

**Windsor Property Management Company**

**Defendant**

**WinnCompanies LLC**

**Defendant**

**WinnResidential Manager Corp.**

**Defendant**

**ZRS Management, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/25/2023 | Ï 1 | Class Action COMPLAINT with Jury Demand filed by Maya Haynes. (Filing fee $402, receipt |

|            |      | number AGANDC−12844063) (Attachments: # 1 Civil Cover Sheet)(lwb) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. (Entered: 08/29/2023) |
|------------|------|---|
| 08/28/2023 | Ï 2  | Electronic Summons Issued as to All Defendants. (lwb) (Entered: 08/29/2023) |
| 09/01/2023 | Ï 3  | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Patrick J. Coughlin. Clerk to follow−up by 9/11/2023. (rvb) (Entered: 09/01/2023) |
| 09/05/2023 | Ï 4  | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Tricia Herzfeld. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | Ï 5  | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Anthony A. Orlandi. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | Ï 6  | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Carmen A. Medici. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | Ï 7  | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Fatima Brizuela. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | Ï 8  | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Amanda F. Lawrence. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | Ï 9  | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Michael Srodoski. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | ï 10 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to G. Dustin Foster. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | ï 11 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Isabella De Lisi. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | ï 12 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Patrick McGahan. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | ï 13 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Stacey P. Slaughter. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | ï 14 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Thomas J. Undlin. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | ï 15 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Geoffrey H. Kozen. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | ï 16 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Stephanie A. Chen. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | ï 17 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to J. Austin Hurt. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | ï 18 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Swathi Bojedla. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | ï 19 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Amanda Boltax. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | ï 20 | |

| | | |
|---|---|---|
| | | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Gary I. Smith, Jr.. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 21 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Katie R. Beran. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 22 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Dennis James Stewart. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 23 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Eric L. Cramer. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 24 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Michaela L. Wallin. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 25 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Daniel J. Walker. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 26 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Brendan P. Glackin. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 27 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Dean M. Harvey. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 28 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Mark P. Chalos. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 29 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Hannah Lazarz. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 30 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Christian P. Levis. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 31 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Vincent Briganti. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 32 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Peter Demato. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 33 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Radhika Gupta. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 34 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Christopher M. Burke. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 35 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Walter W. Noss. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 36 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Yifan Kate Lv. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 37 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Joseph R. Saveri. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 38 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Steven Noel Williams. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 39 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Cadio Zirpoli. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |

| 09/05/2023 | 40 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Kevin E. Rayhill. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
|---|---|---|
| 09/05/2023 | 41 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Kenneth S. Byrd. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 42 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Steven M. Berman. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 43 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Breanna Van Engelen. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 44 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Javier A. Lopez. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 45 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Jennifer W. Sprengel. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 46 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Daniel O. Herrera. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 47 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Alexander Sweatman. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 48 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Daniel E. Gustafson. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 49 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Daniel C. Hedlund. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 50 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Shashi K. Gowda. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 51 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Benjamin J. Widlanski. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/05/2023 | 52 | Letter from Clerk re: LR 83.1 Pro Hac Vice requirements sent to Daniel J. Nordin. Clerk to follow−up by 9/15/2023. (rvb) (Entered: 09/05/2023) |
| 09/06/2023 | 53 | MOTION for Extension of Time to File Motions to Appear Pro Hac Vice by Maya Haynes. (Gastel, Benjamin) (Entered: 09/06/2023) |
| 09/07/2023 | Ï | Submission of 53 MOTION for Extension of Time to File Motions to Appear Pro Hac Vice , to District Judge Victoria M. Calvert. (vs) (Entered: 09/07/2023) |
| 09/07/2023 | Ï | ORDER (by docket text only) granting 53 Motion for Extension of Time re 53 MOTION for Extension of Time to File Motions to Appear Pro Hac Vice. Entered by Judge Victoria M. Calvert on 9/7/23. (vs) (Entered: 09/07/2023) |
| 09/12/2023 | 54 | CONDITIONAL TRANSFER ORDER CTO−5 from the Judicial Panel on Multidistrict Litigation transferring case to USDC Middle District of Tennessee for inclusion in MDL No. 3071. (dnb) (Entered: 09/12/2023) |
| 09/12/2023 | Ï | Case transferred electronically to USDC Middle District of Tennessee for inclusion in MDL No. 3071. (dnb) (Entered: 09/12/2023) |