> Motion (1303) is GRANTED.
> /s/ Waverly D. Crenshaw, Jr.
> US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071-WDC<br>MDL No. 3071<br><br>This Document Relates to:<br>All Cases<br><br>Chief Judge Waverly D. Crenshaw, Jr. |

### REQUEST FOR REMOVAL FROM ELECTRONIC NOTIFICATION LIST

Attorneys Todd Logan, Natasha J. Fernández-Silber, Alexander G. Tievsky of the law firm Edelson PC represented Plaintiffs Matthew Alvarez and Scott Halliwell in the above-captioned matter. The Court dismissed Alverez's and Halliwell's claims pursuant to stipulation on October 4, 2023. (Dkt. 563.) Mr. Logan, Ms. Fernández-Silber, and Mr. Tievsky no longer represent any parties in this action, and they therefore respectfully request that the Court direct the Clerk to remove each of them from the electronic notification list.

Dated: November 13, 2025

Respectfully Submitted,

By: /s/ *Natasha J. Fernández-Silber*

Natasha J. Fernández-Silber*
**EDELSON PC**
350 N. LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
nfernandezsilber@edelson.com

*Admitted *pro hac vice*